1  John Bragonje, Bar No. 9519
   Justin Henderson, Bar No. 13349
2  LEWIS ROCA ROTHGERBER CHRISTIE LLP
   3993 Howard Hughes Parkway, Suite 600
3  Las Vegas, NV 89169
   Tel: 702.949.8200
4  E-mail: JBragonje@lrrc.com
   E-mail: JHenderson@lrrc.com
5
   *Attorneys for Plaintiff Consolidated Electrical*
6  *Distributors, Inc. d/b/a Sun Valley Electric Supply*
   *Co.*
7

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Consolidated Electrical Distributors, Inc. d/b/a Sun Valley Electric Supply Co., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>Coral Academy, a Nevada public charter school; DC Building Group LLC, a Nevada limited liability company; Parnell Electric, LLC, a Nevada limited liability company; Foster Allen Parnell, an individual; Jennifer Parnell, an individual; Ohio Casualty Insurance Company, a New Hampshire corporation; Travelers Casualty and Surety Company of America, a Connecticut corporation, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-00696-JCM-EJY<br><br>**JOINT MOTION AND ORDER FOR FIRST EXTENSION OF TIME TO FILE OPPOSITION TO AND REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS (ECF NO. 16)** |

Plaintiff Consolidated Electrical Distributors, Inc. d/b/a Sun Valley Electric Supply Co. ("Plaintiff") and Defendants Coral Academy, DC Building Group LLC, and Travelers Casualty and Surety Company of America (collectively, "Defendants") hereby stipulate to a two-week extension of the deadlines to file (1) an opposition to Defendants' Motion to Dismiss ("Motion") and (2) a reply in support of the Motion. Defendants filed their Motion on July 10, 2020. *See* ECF No. 16. Under Federal Rule of Civil Procedure 6 and Local Rule 7-2(b), Plaintiff has until July 24, 2020 to oppose the Motion and Defendants have seven days thereafter to file a reply. No extensions of time have yet been sought or granted.

111789069.1

Counsel for the parties stipulate to the two-week extension after their law firms conferred on July 20, 2020. Counsel agreed to and seek the extension based on two circumstances. First, the counsel assigned to draft Plaintiff's opposition has experienced a personal emergency in the last week that has required the counsel's time and attention. Second, the parties intend to discuss settlement prior to drafting either an opposition or a reply. Scheduling conflicts have prevented the discussion from occurring thus far.

Per the parties' stipulation, Plaintiff shall have through August 7, 2020 to file its opposition, and Defendants shall have two weeks from the date of the filing of the opposition to file a reply.

**IT IS SO AGREED AND STIPULATED.**

DATED this 20th day of July, 2020 | DATED this 20th day of July, 2020

THE ALLISON LAW FIRM CHTD. | LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Noah G. Allison*
Noah G. Allison, Bar No. 6202
noah@allisonnevada.com
3191 East Warm Springs Road
Longford Plaza East, Building 13
Las Vegas, NV 89120
Tel.: 702.933.4444

*Attorneys for Defendants DC Building Group, LLC, Coral Academy, and Travelers Casualty and Surety Co. of America*

By: */s/ John Bragonje*
John Bragonje, Bar No. 9519
JBragonje@lrrc.com
Justin Henderson, Bar No. 13349
JHenderson@lrrc.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel.: 702.949.8200

*Attorneys for Plaintiff Consolidated Electrical Distributors, Inc. d/b/a Sun Valley Electric Supply Co.*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: July 29, 2020

111789069.1

- 2 -