John Bragonje, Bar No. 9519
Justin Henderson, Bar No. 13349
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Tel: 702.949.8200
E-mail: JBragonje@lrrc.com
E-mail: JHenderson@lrrc.com

*Attorneys for Plaintiff Consolidated Electrical Distributors, Inc. d/b/a Sun Valley Electric Supply Co.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Consolidated Electrical Distributors, Inc. d/b/a Sun Valley Electric Supply Co., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>Coral Academy, a Nevada public charter school; DC Building Group LLC, a Nevada limited liability company; Parnell Electric, LLC, a Nevada limited liability company; Foster Allen Parnell, an individual; Jennifer Parnell, an individual; Ohio Casualty Insurance Company, a New Hampshire corporation; Travelers Casualty and Surety Company of America, a Connecticut corporation, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-00696-JCM-EJY<br><br>**JOINT MOTION AND ORDER FOR SECOND EXTENSION OF TIME TO FILE OPPOSITION TO AND REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS (ECF NO. 16)** |

Plaintiff Consolidated Electrical Distributors, Inc. d/b/a Sun Valley Electric Supply Co. ("Plaintiff") and Defendants Coral Academy, DC Building Group LLC, and Travelers Casualty and Surety Company of America (collectively, "Defendants") hereby stipulate to a four-week extension of the deadlines to file (1) an opposition to Defendants' Motion to Dismiss ("Motion") and (2) a reply in support of the Motion. Defendants filed their Motion on July 10, 2020. *See* ECF No. 16. The parties previously agreed to extend the filing deadline for Plaintiff's opposition to August 7, 2020 and the filing deadline for Defendants' reply to

111867684.1

fourteen days thereafter.[1] *See* ECF No. 19 ("First Stipulation"). The Court has not yet ruled on the parties' First Stipulation. *See generally* docket.

In the First Stipulation, the parties sought an extension to allow for meaningful settlement discussions. *See* ECF No. 19 (also citing a personal emergency experienced by Plaintiff's counsel). The parties have since scheduled to begin the settlement discussions on July 29, 2020. Because the parties are hopeful that this matter may be resolved through meaningful settlement discussions, the parties request a four-week extension to allow for the settlement discussions to be completed. If a settlement is not reached, the four-week extension will afford the parties adequate time to brief the complex legal issues raised in the Motion.

Thus, per the instant stipulation, Plaintiff shall have through September 4, 2020 to file its opposition, and Defendants shall have two weeks from the date of the filing of the opposition to file a reply.

**IT IS SO AGREED AND STIPULATED.**

| | |
|---|---|
| DATED this 29th day of July, 2020 | DATED this 29th day of July, 2020 |
| THE ALLISON LAW FIRM CHTD. | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| By: /s/ Noah G. Allison<br>Noah G. Allison, Bar No. 6202<br>Noah@allisonnevada.com<br>3191 East Warm Springs Road<br>Longford Plaza East, Building 13<br>Las Vegas, NV 89120<br>Tel.: 702.933.4444 | By: /s/ John Bragonje<br>John Bragonje, Bar No. 9519<br>JBragonje@lrrc.com<br>Justin Henderson, Bar No. 13349<br>JHenderson@lrrc.com<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169<br>Tel.: 702.949.8200 |
| *Attorneys for Defendants DC Building Group, LLC, Coral Academy, and Travelers Casualty and Surety Co. of America* | *Attorneys for Plaintiff Consolidated Electrical Distributors, Inc. d/b/a Sun Valley Electric Supply Co.* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: July 31, 2020

---

[1] Under Federal Rule of Civil Procedure 6 and Local Rule 7-2(b), the opposition was originally due by July 24, 2020.

111867684.1

- 2 -