1  John Bragonje, Bar No. 9519
   Justin Henderson, Bar No. 13349
2  LEWIS ROCA ROTHGERBER CHRISTIE LLP
   3993 Howard Hughes Parkway, Suite 600
3  Las Vegas, NV 89169
   Tel: 702.949.8200
4  E-mail: JBragonje@lrrc.com
   E-mail: JHenderson@lrrc.com
5
   *Attorneys for Plaintiff Consolidated Electrical*
6  *Distributors, Inc. d/b/a Sun Valley Electric Supply Co.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Consolidated Electrical Distributors, Inc. d/b/a Sun Valley Electric Supply Co., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>Coral Academy, a Nevada public charter school; DC Building Group LLC, a Nevada limited liability company; Parnell Electric, LLC, a Nevada limited liability company; Foster Allen Parnell, an individual; Jennifer Parnell, an individual; Ohio Casualty Insurance Company, a New Hampshire corporation; Travelers Casualty and Surety Company of America, a Connecticut corporation, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-00696-JCM-EJY<br><br>**JOINT MOTION AND ORDER FOR THIRD EXTENSION OF TIME TO FILE OPPOSITION TO AND REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS (ECF NO. 16)** |

Plaintiff Consolidated Electrical Distributors, Inc. d/b/a Sun Valley Electric Supply Co. ("Plaintiff") and Defendants Coral Academy, DC Building Group LLC, and Travelers Casualty and Surety Company of America (collectively, "Defendants") hereby stipulate to a 30-day extension of the deadlines to file (1) an opposition to Defendants' Motion to Dismiss ("Motion") and (2) a reply in support of the Motion. Defendants filed their Motion on July 10, 2020. *See* ECF No. 16. The parties stipulated to extend the filing deadlines twice before, most recently to September 4, 2020 for Plaintiff's opposition and to two weeks thereafter for Defendant' reply. ECF Nos. 19 ("First Stipulation"), 20 ("Second Stipulation"). The Court granted both stipulations. ECF Nos. 21–22.

112104202.1

1       The parties filed the First Stipulation on July 20, 2020, seeking an extension to allow for meaningful settlement discussions. *See* ECF No. 19 (also citing a personal emergency experienced by Plaintiff's counsel). The parties filed the Second Stipulation nine days later, realizing that additional time was required to schedule and engage in the settlement discussions. *See* ECF No. 20.

        Since then, the parties have exchanged multiple offers with one another and continue working towards an agreeable resolution for each party. While a settlement has not yet been reached, the parties request a 30-day extension to allow for the settlement discussions to be completed in light of the progress already made towards settlement and the parties' earnest belief that this matter may be resolved through their negotiations. Thus, per the instant stipulation, Plaintiff shall have through Monday, October 5, 2020 to file its opposition, and Defendants shall have two weeks from the date of the filing of the opposition to file a reply.

**IT IS SO AGREED AND STIPULATED.**

DATED this 25th day of August, 2020           DATED this 25th day of August, 2020

THE ALLISON LAW FIRM CHTD.                    LEWIS ROCA
                                              ROTHGERBER CHRISTIE LLP

By: */s/ Noah G. Allison*                     By: */s/ John Bragonje*
Noah G. Allison, Bar No. 6202                 John Bragonje, Bar No. 9519
3191 East Warm Springs Road                   Justin Henderson, Bar No. 13349
Longford Plaza East, Building 13              3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89120                          Las Vegas, NV  89169
Tel.: 702.933.4444                            Tel.: 702.949.8200
noah@allisonnevada.com                        jbragonje@lrrc.com
                                              jhenderson@lrrc.com

*Attorneys for Defendants DC Building Group, LLC, Coral Academy, and Travelers Casualty and Surety Co. of America*

*Attorneys for Plaintiff Consolidated Electrical Distributors, Inc. d/b/a Sun Valley Electric Supply Co.*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: September 1, 2020

112104202.1

- 2 -