1 John Bragonje, Bar No. 9519
JBragonje@lrrc.com
2 Justin Henderson, Bar No. 13349
JHenderson@lrrc.com
3 LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
4 Las Vegas, NV 89169
Tel:    702.949.8200
5 Fax:   702.949.8398

6 *Attorneys for Plaintiff Consolidated Electrical Distributors, Inc. d/b/a Sun Valley Electric Supply Co.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| Consolidated Electrical Distributors, Inc. d/b/a Sun Valley Electric Supply Co., a Delaware corporation, | Case No.: 2:20-cv-00696-JCM-EJY |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE AS TO DEFENDANTS CORAL ACADEMY OF SCIENCE LAS VEGAS, DC BUILDING GROUP LLC, AND TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ONLY** |
| v. | |
| Coral Academy of Science Las Vegas, a Nevada public charter school; DC Building Group LLC, a Nevada limited liability company; Parnell Electric, LLC, a Nevada limited liability company; Foster Allen Parnell, an individual; Jennifer Parnell, an individual; Ohio Casualty Insurance Company, a New Hampshire corporation; Travelers Casualty and Surety Company of America, a Connecticut corporation, inclusive, | |
| Defendants. | |

## Stipulation

Pursuant to Rule 41(a)(2), plaintiff Consolidated Electrical Distributors, Inc. d/b/a Sun Valley Electric Supply Co, by and through its attorneys, Lewis Roca Rothgerber Christie LLP, and defendants Coral Academy of Science Las Vegas, DC Building Group LLC, and Travelers

112682196.1

1  Casualty and Surety Company of America only (the "Defendants"), by and through their
2  attorneys, Noah G. Allison of the Allison Law Firm, hereby stipulate as follows:
3  　　　The parties have entered into a separate settlement agreement and stipulate that all claims
4  asserted by Sun Valley against the designated Defendants, and these defendants only, in the above-
5  captioned matter are hereby dismissed with prejudice, each party to bear its own respective attorney
6  fees and costs.
7  　　　SO STIPULATED this 30th day of October, 2020:

| LEWIS ROCA ROTHGERBER CHRISTIE LLP | THE ALLISON LAW FIRM |
|---|---|
| By: */s/ John E. Bragonje*<br>John E. Bragonje<br>State Bar No. 9519<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, NV 89169-5996<br>Tel: 702.949.8200<br>jbragonje@lrrc.com<br><br>*Attorneys for Plaintiff Consolidated Electrical Distributors, Inc. d/b/a Sun Valley Electric Supply Co.* | By: */s/ Noah G. Allison*<br>Noah G. Allison<br>State Bar No. 6202<br>The Allison Law Firm<br>3191 E. Warm Springs Road<br>Las Vegas, NV 89120<br><br>*Attorneys for Travelers Casualty and Surety Co. of America, Coral Academy of Science Las Vegas and DC Building Group, LLC* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: November 2, 2020

112682196.1

- 2 -

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on this date, I caused the foregoing **"STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE AS TO DEFENDANTS CORAL ACADEMY OF SCIENCE LAS VEGAS, DC BUILDING GROUP LLC, AND TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ONLY"** to be filed and served electronically with the Clerk of the Court via the Court's CM/ECF electronic service system upon on all interested parties of record.

David R. Johnson
Law Offices of David R. Johnson PLLC
8712 Spanish Ridge Ave.
Las Vegas, NV 89148
*Attorney for Ohio Casualty Insurance Company*

Jennifer Parnell a/k/a Jennifer Hersh
*Pro Se*
15805 Chase Street
North Hills, CA 91343

Noah G. Allison
The Allison Law Firm
3191 E. Warm Springs Road
Las Vegas, NV 89120
*Attorneys for Travelers Casualty and Surety Co. of America,
Coral Academy of Science Las Vegas and DC Building Group, LLC*

Dated this 30th day of October, 2020.

    */s/ Luz Horvath*
An employee of Lewis Roca Rothgerber Christie LLP

112682196.1

- 3 -