John Bragonje, Bar No. 9519
JBragonje@lrrc.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel:   702.949.8200
Fax:   702.949.8398

*Attorneys for Plaintiff Consolidated Electrical Distributors, Inc. d/b/a Sun Valley Electric Supply Co.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Consolidated Electrical Distributors, Inc. d/b/a Sun Valley Electric Supply Co., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>Coral Academy of Science Las Vegas, a Nevada public charter school; DC Building Group LLC, a Nevada limited liability company; Parnell Electric, LLC, a Nevada limited liability company; Foster Allen Parnell, an individual; Jennifer Parnell, an individual; Ohio Casualty Insurance Company, a New Hampshire corporation; Travelers Casualty and Surety Company of America, a Connecticut corporation, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-00696-JCM-EJY<br><br>**STIPULATION AND ORDER TO DISMISS ACTION WITHOUT PREJUDICE AS TO ALL REMAINING DEFENDANTS** |

**Stipulation for Dismissal of Defendant Jennifer Parnell a/k/a Jennifer Hersch**

Defendant Jennifer Parnell a/k/a Jennifer Hersh appeared *pro se* and filed an answer on October 25, 2020. (ECF No. 25.) Pursuant to Rule 41(a)(1)(A)(ii), plaintiff Consolidated Electrical Distributors, Inc. d/b/a Sun Valley Electric Supply Co, by and through its attorneys, Lewis Roca Rothgerber Christie LLP, and defendant Jennifer Parnell a/k/a Jennifer Hersh, *pro*

113082001.1

1 *se*, stipulate that the claims against this defendant be dismissed without prejudice, with each party
2 to bear its own respective attorney fees and costs.
3    SO STIPULATED this 18th day of December, 2020:
4 LEWIS ROCA ROTHGERBER
  CHRISTIE LLP
5
6
7 By: */s/ John E. Bragonje*                         By: _____
   John E. Bragonje                                     Jennifer Parnell a/k/a Jennifer Hersh
8  State Bar No. 9519                                   15805 Chase Street
   3993 Howard Hughes Pkwy, Suite 600                   North Hills, CA 91343
9  Las Vegas, NV 89169-5996
   Tel: 702.949.8200                                    *Pro Se*
10 jbragonje@lrrc.com

11 *Attorneys for Plaintiff Consolidated Electrical
   Distributors, Inc. d/b/a Sun Valley Electric*
12 *Supply Co.*

13 **Voluntary Dismissal of Defendants Parnell Electric, LLC and Foster Allen Parnell**

14    Defendants Parnell Electric, LLC and Foster Allen Parnell did not file an answer or a
15 motion for summary judgment, nor has either otherwise responded to this action in any manner.
16 Plaintiff Consolidated Electrical Distributors, Inc. d/b/a Sun Valley Electric Supply Co dismisses
17 the claims against these defendants without prejudice pursuant to FRCP 41(a)(1)(A)(i).

18                              **Conclusion of Lawsuit**
19    All other named defendants were previously dismissed by order of this Court or
20 voluntarily dismissal. (*See* ECF Nos. 15, 31.) Therefore, upon approval of this submission, this
21 action will be concluded and can be dismissed in its entirety.

22
23                              **ORDER**
24
25                              _____
26                              UNITED STATES DISTRICT JUDGE
27                              Dated: January 8, 2021
28

113082001.1

- 2 -

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on this date, I caused the foregoing ***"Stipulation and [Proposed] Order to Dismiss Action Without Prejudice as to All Remaining Defendants"*** to be filed and served electronically with the Clerk of the Court via the Court's CM/ECF electronic service system upon on all interested parties of records.

David R. Johnson
Law Offices of David R. Johnson PLLC
8712 Spanish Ridge Ave.
Las Vegas, NV 89148
*Attorney for Ohio Casualty Insurance Company*

Jennifer Parnell a/k/a Jennifer Hersh
*Pro Se*
15805 Chase Street
North Hills, CA 91343

Noah G. Allison
The Allison Law Firm
3191 E. Warm Springs Road
Las Vegas, NV 89120
*Attorneys for Travelers Casualty and Surety Co. of America, Coral Academy of Science Las Vegas and DC Building Group, LLC*

Dated this 22nd day of December, 2020.

　　　　　　　　　　　　　　　　　　*/s/ Annette Jaramillo*
　　　　　　　　　　　　　　　　　An employee of Lewis Roca Rothgerber Christie LLP

113082001.1

- 3 -